United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17729-jkf
James A. Sheets                                                         Chapter 13
Christine U. Sheets
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1                Date Rcvd: Sep 27, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
13486905        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
               2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland-Hatboro Joint Sewer Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank Of America, N.A., as Servicer
               jkishbaugh@udren.com, vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
               TRUST 2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER jkishbaugh@udren.com, vbarber@udren.com
              JOHN FRANCIS MURPHY    on behalf of Debtor James A. Sheets johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              JOHN FRANCIS MURPHY    on behalf of Joint Debtor Christine U. Sheets johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              JOHN FRANCIS MURPHY    on behalf of Attorney John Francis Murphy, Esq. johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              PATRICIA M. MAYER    on behalf of Debtor James A. Sheets pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Joint Debtor Christine U. Sheets pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    The Bank of New York Mellon fka
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
               2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-17729-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James A. Sheets<br>2514 Helen Street<br>Hatboro PA 19040 | Christine U. Sheets<br>2514 Helen Street<br>Hatboro PA 19040 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/27/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 | The Bank of New York Mellon<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/29/17

Tim McGrath
**CLERK OF THE COURT**