United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17729-amc
James A. Sheets                                                           Chapter 13
Christine U. Sheets
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                  Page 1 of 4                    Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db/jdb         +James A. Sheets,   Christine U. Sheets,   2514 Helen Street,   Hatboro, PA 19040-4319
cr             +BANK OF AMERICA, N.A.,   2380 PERFORMANCE DR,   RICHARDSON, TX 75082-4333
cr             +Bank of America, N.A.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
cr             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,    SIMI VALLEY, CA 93065-6414
cr             +Bayview Loan Servicing, LLC et al,   4425 Ponce de Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1837
cr             +Citibank, N.A.,   6716 Grade Ln Blg 9 STE 910-PY DEPT,   Louisville, KY 40213-3410
cr             +DITECH FINANCIAL LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,    SIMI VALLEY, CA 93065-6414
13420015        Abington Memorial Hospital,   P.O. Box 786331,   Philadelphia, PA 19178-6331
13393614       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Attn: Recovery Department,
                 4161 Peidmont Parkway,   Greensboro, NC  27410)
13393612       +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   P.O. Box 5170,
                 Simi Valley, CA 93062-5170
13420019        Bank of America,   P.O. Box 15797,   Wilmington, DE 19886-5796
13486905        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13404562       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14243047       +Bayview Loan Servicing, LLC et,   C/O KEVIN S. FRANKEL,   Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Ste. 150,   King of Prussia, PA 19406-4702
13393622       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank S.D., N.A.,   Attn: Centralized Bankruptcy,
                 P.O. Box 20363,   Kansas City, MO  64195)
13393618       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13420028        Chase Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19885-5153
14287280       +Citibank NA,   6716 Grade Ln Bldg. 9 Ste, 910-PY-Dept,   Louisville,Ky 40213-3410
13485342       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13420030        Citibusiness Card,   Processing Center,   Des Moines, IA  50363-0005
13453471        ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
                 NEW YORK, NY 10087-9262
13393624       +Financial Recoveries,   For Doylestown Hospital,   P.O. Box 1388,   Mt. Laurel, NJ 08054-7388
13409125       +First Niagara Bank, N.A.,   c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,,
                 707 Grant Street, Suite 2200,,   Pittsburgh, PA 15219-1945
13420035        Hartsville Medical Practice,   For Abington Health Physicians,   P.O. Box 34429,
                 Seattle, WA  98124-1429
13393627        Jennifer L. Tis, Esq.,   For First Niagara Bank, N.A.,   Bernstein-Burkley, P.C.,
                 Suite 2200 Gulf Tower,   Pittsburgh, PA  15219
13393628       +Megan O. Iannocone, Esq.,   For Upper Moreland-Hatboro Joint Sewer A,
                 Portnoff Law Associates, Ltd.,   P.O. Box 391,   Norristown, PA 19404-0391
13420039       +Omega Security Systems Inc.,   87 Gravel Hill Road,   P.O. Box 280,
                 Southampton, PA 18966-0280
13397281       +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13393629       +PNC Bank, N.A.,   1 Financial Parkway,   Kalamazoo, MI 49009-8002
13393630       +RBS Citizens CC,   Attn: Bankruptcy Department,   443 Jefferson Boulevard,   MS: RJW-135,
                 Warwick, RI 02886-1321
13393633       +Sears/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13485337       +THE BANK OF NEW YORK MELLON FKA THE et.al.,   ATTN: BANKRUPTCY DEPT.,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,    SIMI VALLEY, CA 93065-6414
13453037       +Upper Moreland-Hatboro Joint Sewer Authority,   c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:44
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:28:57     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13393623        E-mail/Text: mrdiscen@discover.com Jul 18 2019 03:36:59     Discover Financial Services LLC,
                 P.O. Box 15316,   Wilmington, DE  19850
13404726        E-mail/Text: mrdiscen@discover.com Jul 18 2019 03:36:59     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13393625       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:00     GECRB/JCPenney,
                 Attn: Bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
```

```
District/off: 0313-2          User: dlv              Page 2 of 4                   Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW        Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13393626      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:00      GECRB/Lowes,
               Attn: Bankruptcy Department,    P.O. Box 103104,   Roswell, GA 30076-9104
13420038      +E-mail/Text: bankruptcydepartment@tsico.com Jul 18 2019 03:38:46
               NCO Financial Systems, Inc.,   For Heart Group of Abington,    P.O. Box 15273,
               Wilmington, DE 19850-5273
13447126       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:48:30
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13410202       E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:29:14
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13989933      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 18 2019 03:38:14
               The Bank of New York Mellon,    c/o Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
13420045       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2019 03:36:55
               Verizon,   P.O. Box 15124,   Albany, NY  12212-5124
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Bank of America, N.A.,   MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
              SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
              SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
              SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
              SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   The Bank of New York Mellon Fka The Bank,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   The Bank of New York Mellon Fka The Bank,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   The Bank of New York Mellon Fka The Bank,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   The Bank of New York Mellon Fka The Bank,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Bank of America, N.A.,   The Bank of New York Mellon Fka The Bank,    MAIL STOP CA6-09-01-23,
              400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*          +Upper Moreland-Hatboro Joint Sewer Authority,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,   Norristown, PA 19404-3020
13420018*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Attn: Recovery Department,
              4161 Peidmont Parkway,   Greensboro, NC  27410)
13393615*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX  79998)
13393616*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX  79998)
13393617*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX  79998)
13420021*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX  79998)
13420022*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX  79998)
13420023*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,   El Paso, TX  79998)
13420020*     Bank of America,   P.O. Box 15797,   Wilmington, DE  19886-5796
13393613*    +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    P.O. Box 5170,
              Simi Valley, CA 93062-5170
13420016*    +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    P.O. Box 5170,
              Simi Valley, CA 93062-5170
13420017*    +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    P.O. Box 5170,
              Simi Valley, CA 93062-5170
13420029*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank S.D., N.A.,    Attn: Centralized Bankruptcy,
              P.O. Box 20363,   Kansas City, MO  64195)
13393619*    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
```

```
District/off: 0313-2          User: dlv                    Page 3 of 4                   Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW              Total Noticed: 47


            ***** BYPASSED RECIPIENTS (continued) *****
13393620*      +Chase,    P.O. Box 15298,     Wilmington, DE 19850-5298
13393621*      +Chase,    P.O. Box 15298,     Wilmington, DE 19850-5298
13420024*      +Chase,    P.O. Box 15298,     Wilmington, DE 19850-5298
13420025*      +Chase,    P.O. Box 15298,     Wilmington, DE 19850-5298
13420026*      +Chase,    P.O. Box 15298,     Wilmington, DE 19850-5298
13420027*      +Chase,    P.O. Box 15298,     Wilmington, DE 19850-5298
13420031*     ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,     NEW ALBANY OH 43054-3025
               (address filed with court:   Discover Financial Services LLC,     P.O. Box 15316,
                 Wilmington, DE   19850)
13420032*      +Financial Recoveries,    For Doylestown Hospital,     P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
13420033*      +GECRB/JCPenney,    Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
13420034*      +GECRB/Lowes,    Attn: Bankruptcy Department,     P.O. Box 103104,    Roswell, GA 30076-9104
13420036*       Jennifer L. Tis, Esq.,    For First Niagara Bank, N.A.,    Bernstein-Burkley, P.C.,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
13420037*      +Megan O. Iannocone, Esq.,    For Upper Moreland-Hatboro Joint Sewer A,
                 Portnoff Law Associates, Ltd.,    P.O. Box 391,    Norristown, PA 19404-0391
13420040*      +PNC Bank, N.A.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
13420041*      +RBS Citizens CC,    Attn: Bankruptcy Department,     443 Jefferson Boulevard,    MS: RJW-135,
                 Warwick, RI 02886-1321
13393631*      +RBS Citizens CC,    Attn: Bankruptcy Dept.,    443 Jefferson Boulevard,    MS: RJW-135,
                 Warwick, RI 02886-1321
13420042*      +RBS Citizens CC,    Attn: Bankruptcy Dept.,    443 Jefferson Boulevard,    MS: RJW-135,
                 Warwick, RI 02886-1321
13393632*      +RBS Citizens CC,    Attn: Bankruptcy Department,     443 Jefferson Boulevard,    MS: RJW-135,
                 Warwick, RI 02886-1321
13420043*      +RBS Citizens CC,    Attn: Bankruptcy Department,     443 Jefferson Boulevard,    MS: RJW-135,
                 Warwick, RI 02886-1321
13420044*      +Sears/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
aty          ##+John Francis Murphy, Esq.,    P.O. Box 657,    Doylestown, PA 18901-0657
                                                                                              TOTALS: 0, * 49, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
               2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD     on behalf of Creditor    Upper Moreland-Hatboro Joint Sewer Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JEROME B. BLANK     on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              JOHN ERIC KISHBAUGH     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
               TRUST 2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER jkishbaugh@udren.com,    vbarber@udren.com
              JOHN ERIC KISHBAUGH     on behalf of Creditor    Bank Of America, N.A., as Servicer
               jkishbaugh@udren.com,    vbarber@udren.com
              JOHN FRANCIS MURPHY     on behalf of Joint Debtor Christine U. Sheets johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              JOHN FRANCIS MURPHY     on behalf of Attorney John Francis Murphy, Esq. johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
```

```
District/off: 0313-2          User: dlv              Page 4 of 4              Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW        Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JOHN FRANCIS MURPHY    on behalf of Debtor James A. Sheets johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
          PATRICIA M. MAYER    on behalf of Joint Debtor Christine U. Sheets patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          PATRICIA M. MAYER    on behalf of Debtor James A. Sheets patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          SHERRI J. SMITH    on behalf of Creditor    The Bank of New York Mellon fka
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
           2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James A. Sheets and Christine U. Sheets

    Debtor(s)

Bankruptcy No: 14−17729−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/17/19

73 − 71
Form 138_new