United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-17729-amc
James A. Sheets                                                                 Chapter 13
Christine U. Sheets
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv            Page 1 of 1            Date Rcvd: Jul 17, 2019
                              Form ID: 212         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db/jdb         +James A. Sheets,    Christine U. Sheets,    2514 Helen Street,    Hatboro, PA 19040-4319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
               2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland-Hatboro Joint Sewer Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank Of America, N.A., as Servicer
               jkishbaugh@udren.com, vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
               TRUST 2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER jkishbaugh@udren.com, vbarber@udren.com
              JOHN FRANCIS MURPHY    on behalf of Joint Debtor Christine U. Sheets johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              JOHN FRANCIS MURPHY    on behalf of Attorney John Francis Murphy, Esq. johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              JOHN FRANCIS MURPHY    on behalf of Debtor James A. Sheets johnfmurphy2@verizon.net,
               johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
              KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
              PATRICIA M. MAYER    on behalf of Debtor James A. Sheets patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              PATRICIA M. MAYER    on behalf of Joint Debtor Christine U. Sheets patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              SHERRI J. SMITH    on behalf of Creditor    The Bank of New York Mellon fka
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
               2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

| | |
|---|---|
| In Re: | Chapter: 13 |
| James A. Sheets and Christine U. Sheets | |
| Debtor(s) | Case No: 14–17729–amc |

___

*ORDER*

AND NOW, 7/17/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

72
Form 212