Certificate Number: 17082-PAE-DE-033170361

Bankruptcy Case Number: 14-17729



17082-PAE-DE-033170361

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2019, at 4:45 o'clock PM MST, JAMES A SHEETS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 28, 2019     By:  /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director