Certificate Number: 17082-PAE-DE-033170360

Bankruptcy Case Number: 14-17729



17082-PAE-DE-033170360

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2019, at 4:45 o'clock PM MST, CHRISTINE U SHEETS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 28, 2019

By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director