United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17729-amc
James A. Sheets                                                     Chapter 13
Christine U. Sheets
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin                Page 1 of 2           Date Rcvd: Aug 09, 2019
                              Form ID: 3180W             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db/jdb         +James A. Sheets,    Christine U. Sheets,    2514 Helen Street,     Hatboro, PA 19040-4319
13404562       +Bank of America, N.A.,    P O Box 982284,     El Paso, TX 79998-2284
13409125       +First Niagara Bank, N.A.,    c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,
                 707 Grant Street, Suite 2200,,    Pittsburgh, PA 15219-1945
13397281       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13393631       +RBS Citizens CC,    Attn: Bankruptcy Dept.,    443 Jefferson Boulevard,     MS: RJW-135,
                 Warwick, RI 02886-1321
13453037       +Upper Moreland-Hatboro Joint Sewer Authority,     c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 10 2019 04:02:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 04:00:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2019 04:01:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13485342       +EDI: CITICORP.COM Aug 10 2019 07:28:00     Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13404726        EDI: DISCOVER.COM Aug 10 2019 07:28:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
13453471        EDI: ECAST.COM Aug 10 2019 07:28:00     ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,   NEW YORK, NY 10087-9262
13447126        EDI: PRA.COM Aug 10 2019 07:28:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13485337       +EDI: BANKAMER.COM Aug 10 2019 07:28:00      THE BANK OF NEW YORK MELLON FKA THE et.al.,
                 ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
13989933       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 10 2019 04:01:44
                 The Bank of New York Mellon,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13393632*       +RBS Citizens CC,    Attn: Bankruptcy Department,    443 Jefferson Boulevard,    MS: RJW-135,
                  Warwick, RI 02886-1321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
               2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland-Hatboro Joint Sewer Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com

```
District/off: 0313-2           User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2019
                               Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JOHN ERIC KISHBAUGH    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
           TRUST 2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER jkishbaugh@udren.com,  vbarber@udren.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank Of America, N.A., as Servicer
           jkishbaugh@udren.com,   vbarber@udren.com
          JOHN FRANCIS MURPHY    on behalf of Joint Debtor Christine U. Sheets johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          JOHN FRANCIS MURPHY    on behalf of Attorney John Francis Murphy, Esq. johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          JOHN FRANCIS MURPHY    on behalf of Debtor James A. Sheets johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
          PATRICIA M. MAYER    on behalf of Joint Debtor Christine U. Sheets patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          PATRICIA M. MAYER    on behalf of Debtor James A. Sheets patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          SHERRI J. SMITH    on behalf of Creditor    The Bank of New York Mellon fka
           sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
           2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 17
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **James A. Sheets** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–5161** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Christine U. Sheets** <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–4011** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **14–17729–amc** | |

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James A. Sheets                                    Christine U. Sheets

<u>8/8/19</u>                                    **By the court:**    <u>Ashely M. Chan</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**