United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17729-amc
James A. Sheets                                                         Chapter 13
Christine U. Sheets
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1            Date Rcvd: Oct 29, 2019
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db/jdb         +James A. Sheets,   Christine U. Sheets,   2514 Helen Street,   Hatboro, PA 19040-4319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
     AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
     2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER agornall@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland-Hatboro Joint Sewer Authority
     jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
      JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank Of America, N.A., as Servicer
     jkishbaugh@udren.com,   vbarber@udren.com
      JOHN ERIC KISHBAUGH    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
     YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
     TRUST 2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER jkishbaugh@udren.com,   vbarber@udren.com
      JOHN FRANCIS MURPHY    on behalf of Joint Debtor Christine U. Sheets johnfmurphy2@verizon.net,
     johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
      JOHN FRANCIS MURPHY    on behalf of Attorney John Francis Murphy, Esq. johnfmurphy2@verizon.net,
     johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
      JOHN FRANCIS MURPHY    on behalf of Debtor James A. Sheets johnfmurphy2@verizon.net,
     johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
      KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
      PATRICIA M. MAYER    on behalf of Debtor James A. Sheets patriciamayerpc@gmail.com,
     nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
      PATRICIA M. MAYER    on behalf of Joint Debtor Christine U. Sheets patriciamayerpc@gmail.com,
     nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
      PETER J. ASHCROFT    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      SHERRI J. SMITH    on behalf of Creditor    The Bank of New York Mellon fka
     sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
      THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
     TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST
     2004-10CB, MORTGAGE PASS THROUGH CERTIFICATES, SER tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                        TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

James A. Sheets and Christine U. Sheets            : Case No. 14−17729−amc
    Debtor(s)

## *ORDER*
_____

    AND NOW, this day , October 29, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                By The Court

                                                Ashely M. Chan
                                                Judge , United States Bankruptcy Court